UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NANCY K. ALANIS § § § § § § § § § § § § § | |
| V | |
| | Civil Action No. 5:18-cv-138-OLG |
| NATIONSTAR MORTGAGE, LLC D/B/A MR. COOPER AND KELLY HARVEY, P.C. D/B/A HARVEY LAW GROUP | |

## JOINT PROPOSED AMENDED SCHEDULING ORDER

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed January 11, 2019.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties by February 1, 2019 and each opposing party shall respond, in writing by February 15, 2019.

3. The parties shall file all motions to amend or supplement pleadings or to join additional parties by January 25, 2019.

4. All parties asserting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the material required by Fed. R. Civ. P. 26(a)(2)(B) by February 8, 2019. Parties resisting claims for relief shall FILE their designation of testifying experts and SERVE on all parties, but not file, the materials required by Fed. R. Civ. P. 26(a)(2)(B) by March 8, 2019. All designations of rebuttal experts shall be FILED, and the materials required by Fed. R. Civ. P. 26(a)(2)(B) for such rebuttal experts, to the

extent not already served, shall be SERVED, within 15 days of receipt of the report of the opposing expert.

5. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within (11) days of receipt of the written report of the expert's proposed testimony, or within (11) days of the expert's deposition, if a deposition is taken, whichever is later.

6. The parties shall complete all discovery on or before April 30, 2019. Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. The parties shall mediate this case on or before February 12, 2019, unless the parties seek an order from the Court excusing them from mediation.

8. All dispositive motions shall be filed no later than May 15, 2019. Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

9. This case is set for jury selection and trial on October ___, 2019 at 9:30 a.m. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of trial.

Respectfully submitted this 4th day of December, 2018,

| | |
|---|---|
| Justin Opitz, Texas Bar No. 24051140<br>jopitz@mcguirewoods.com<br>Elizabeth Chandler, Texas Bar No. 24097484<br>echandler@mcguirewoods.com<br>MCGUIREWOODS LLP<br>2000 McKinney Ave, Ste 1400<br>Dallas, TX 75201<br>Telephone: 214.932.6400<br>Facsimile: 214 932 6499<br><br>*Attorneys for Nationstar Mortgage, LLC d/b/a Mr. Cooper* | William M. Clanton, Texas Bar No. 24049436<br>bill@clantonlawoffice.com<br>LAW OFFICE OF BILL CLANTON, P.C.<br>926 Chulie<br>San Antonio, TX 78216<br>Telephone: 210.226.0800<br>Facsimile: 210.338.8660<br><br>Andrew T. Thomasson, NJ Bar No. 048362011<br>andrew@sternthomasson.com<br>STERN THOMASSON LLP<br>150 Morris Avenue, 2nd Floor<br>Springfield, NJ 07081-1315<br>Telephone: 973.379.7500<br>Facsimile: 973.532.5868<br><br>*Attorneys for Nancy Alanis* |
| Vaughan E. Waters, Texas Bar No. 20916700<br>vwaters@thorntonfirm.com<br>Shavonne L. Smith, Texas Bar No. 24054956<br>ssmith@thorntonfirm.com<br>THORNTON, BIECHLIN, REYNOLDS, & GUERRA, L.C.<br>One International Centre – Fifth Floor<br>100 N.E. Loop 410, Ste 500<br>San Antonio, TX 78216<br>Telephone: 210.342.5555<br>Facsimile: 210.581.0296<br><br>*Attorneys for Kelly Harvey P.C. d/b/a Harvey Law Group* | |