**FILED**

DEC 3 1 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

NANCY K. ALANIS,                    §
                                    §
Plaintiff,                          §
                                    §
v.                                  §          Civil Action No. 5:18-cv-138-OLG
                                    §
NATIONSTAR MORTGAGE LLC             §
D/B/A MR. COOPER AND KELLY          §
HARVEY, P.C. D/B/A HARVEY LAW       §
GROUP,                              §
                                    §
Defendants.                         §

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the parties' Joint Stipulation of Dismissal With Prejudice, IT IS ORDERED

that all claims asserted against Defendant Nationstar Mortgage LLC d/b/a Mr. Cooper are

dismissed with prejudice. Each party shall bear its own attorney's fees and costs incurred herein.

Signed this 31 day of December, 2019

_____
UNITED STATES DISTRICT JUDGE